Michael Bleicher (SBN 313892)
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 706-5225
Facsimile: (202) 706-5298

Attorneys for Defendants
**SULLIVAN ENTERTAINMENT INC., SULLIVAN HOME ENTERTAINMENT LIMITED, SULLIVAN ENTERTAINMENT INTERNATIONAL INC., and SULLIVAN ENTERTAINMENT GROUP INC. D/B/A GAZEBOTV**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK GLINOGA, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SULLIVAN ENTERTAINMENT INC., SULLIVAN HOME ENTERTAINMENT LIMITED, SULLIVAN ENTERTAINMENT INTERNATIONAL INC., and SULLIVAN ENTERTAINMENT GROUP INC. D/B/A GAZEBOTV,<br><br>Defendants. | Case No. 25CV0707-GPC-SBC<br><br>**DEFENDANTS' SULLIVAN ENTERTAINMENT INC., SULLIVAN HOME ENTERTAINMENT LIMITED, SULLIVAN ENTERTAINMENT INTERNATIONAL INC., and SULLIVAN ENTERTAINMENT GROUP INC. D/B/A GAZEBOTV'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br>Date: October 17, 2025<br>Time: 1:30 p.m.<br>Judge: Hon. Gonzalo P. Curiel<br>Courtroom: 12A (12th Floor) |

PLEASE TAKE NOTICE that on October 17, 2025 at 1:30 p.m., in Courtroom 12A (12th Floor), before the Honorable Gonzalo P. Curiel of this Court, located at James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, California, Defendants Sullivan Entertainment Inc., Sullivan Home Entertainment Limited, Sullivan Entertainment International Inc., and Sullivan Entertainment Group Inc. (collectively, "Sullivan Entertainment") d/b/a GazeboTV ("GazeboTV" or "Defendants") will, and hereby do, move this Court for an order granting their Motion to Dismiss Plaintiff's Class Action Complaint. This Motion is made based on Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

This Motion also will be based upon this Notice; the accompanying Memorandum of Points and Authorities; the Declaration of AJ Pryor; the Declaration of Kevin Sullivan; Defendants' Request for Judicial Notice; the complete records in this action; and other such matters that may come before the Court, including those raised in connection with reply briefing and oral argument relating to this Motion.

DATED: August 13, 2025 **ZWILLGEN PLLC**

By: /s/ Michael Bleicher

Michael Bleicher (SBN 313892)
Michael.bleicher@zwillgen.com

**Attorney for Defendants**
**SULLIVAN ENTERTAINMENT INC., SULLIVAN HOME ENTERTAINMENT LIMITED, SULLIVAN ENTERTAINMENT INTERNATIONAL INC., and SULLIVAN ENTERTAINMENT GROUP INC. D/B/A GAZEBOTV**