

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Glinoga, on Behalf of Himself and All Others Similarly Situated | |
| | **Civil Action No.**  25-cv-00707-GPC-SBC |
| **Plaintiff,** | |
| V. | |
| (See attachment) | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court DISMISSES this civil action in its entirety without further leave to amend based on lack of subject matter jurisdiction and for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The case is hereby closed.

**Date:**        3/24/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  J. Olsen

J. Olsen, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 25-cv-00707-GPC-SBC

Defendant(s):

Sullivan Entertainment Inc.;

Sullivan Home Entertainment Limited;

Sullivan Entertainment International Inc.;

Sullivan Entertainment Group Inc.